# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FRANK GONZALES CARRASCO,** | § | |
| **Defendant,** | § | **Case No. MO-13-CR-049-DC(1)** |
| | § | |
| **and** | § | |
| | § | |
| **MARCO STEELE AND ALUMINUM,** | § | |
| **INC. EMPLOYEES SAVINGS TRUST** | § | |
| **f/b/o FRANK GONZALES CARRASCO,** | § | |
| **Garnishee.** | § | |

## ANSWER OF THE GARNISHEE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Garnishee, Marco Steele and Aluminum, Inc. Employee Savings Trust f/b/o Frank Gonzales Carrasco (the "Garnishee") files this answer of the garnishee under 28 U.S.C. § 3205 and in response to the Writ of Garnishment filed in this case. (Doc. 38).

1.    Marco Steel and Aluminum, Inc. ("Marco Steel") is a corporation registered under the laws of the State of Texas.

2.    On or about June 28, 2022, Marco Steel received the Writ of Garnishment on file in this case as document 38. (Doc. 38).

3.    Marco Steel controls an employee savings trust for its employees named the Marco Steele and Aluminum, Inc. Employee Savings Trust. Frank Gonzales Carrasco, a former employee of Marco Steel, has a 401(k)-retirement account under this employee savings trust.

4.    The Garnishee has control of the following property in which Frank Gonzales Carrasco maintains an interest, as described below:

| | |
|---|---|
| 401(k) Investment Retirement Account, Franklin Growth Allocation A (FGTIX). *See also* Account Statement attached as Exhibit "A". | $11,855.06 |
| 401(k) Investment Retirement Account, Franklin Moderate Allocation A (FMTIX). *See also* Account Statement attached as Exhibit "A". | $2,824.91 |

5.    Subject to the orders and writs of this Court and all laws, rules, and regulations then existing, Garnishee does not anticipate owing anything to Defendant apart from the value of the aforementioned account(s) such value depending on the time and date of the inquiry and whether such account(s) have ever been subject to growth, loss, penalties, deposits, or withdrawals.

6.    Garnishee is not aware of any prior garnishments to which the aforementioned account(s) have been made subject. The Defendant Frank Gonzales Carrasco has not closed an account with Garnishee within the last 12 months.

### PRAYER

7.    Garnishee requests the Court to issue a Disposition Order under 28 U.S.C. § 3205(b)(7) and requests all other relief to which Garnishee may be justly entitled.

Respectfully submitted,

*/s/ Benjamin Petty*
BENJAMIN PETTY
State Bar No. 24105934
BPetty@kmdfirm.com

OF

KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
Phone: (432) 367-7271 | Fax: (432) 363-9121

*Attorneys for Garnishee*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on all counsel of record through the e-filing system this 7th day of July 2022. The above and foregoing was

also served on any additional party by any additional method indicated below:

**Via Certified Mail, RRR and copy by First Class Mail**
Frank Gonzales Carrasco
4701 Crockett Avenue
Midland, Texas 79703
*Defendant*

**Via First-Class Mail**
Financial Litigation Unit
USAO-WDTX
Attn: Todd R. Keagle
601 N.W. Loop 410, Ste 600
San Antonio, Texas 78216

*/s/ Benjamin Petty*
BENJAMIN PETTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FRANK GONZALES CARRASCO,** | § | |
| **Defendant,** | § | **Case No. MO-13-CR-049-DC(1)** |
| | § | |
| **and** | § | |
| | § | |
| **MARCO STEELE AND ALUMINUM,** | § | |
| **INC. EMPLOYEES SAVINGS TRUST** | § | |
| **f/b/o FRANK GONZALES CARRASCO,** | § | |
| **Garnishee.** | § | |

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF ECTOR | § |

Before me, the undersigned notary, on this day personally appeared Mary Anchondo, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Mary Anchondo, and I am the accounting manager for Marco Steel & Aluminum, Inc. I have read the foregoing *Answer of Garnishee*. The facts stated in it are within my personal knowledge and are true and correct."

*Mary Anchondo*
Mary Anchondo

SWORN TO and SUBSCRIBED before me by Mary Anchondo of Marco Steel & Aluminum, Inc. on this ⬤ day of July , 2022.

ERIN HENRY
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 06/27/25
NOTARY ID 13118748-2

NOTARY PUBLIC, STATE OF TEXAS

---

*Answer of the Garnishee*                                                                 *Page 4 of 4*

Benefits For You - Your balances breakdown         https://www.benefitsforyou.com/participant/balances



📞 800.999.8786

### You are viewing:   FRANK CARRASCO 👤 ▾      MARY ANCHONDO 👤 ▾

## ⚖️ Your balances breakdown

View your balances by investment account or source.

Your balance as of:
6/28/2022      

| **By Account** | By Source |

| Asset Category / Investment Account | Price/Yield | Shares/Units | Total | % of Holdings |
|---|---|---|---|---|
| **Asset Allocation Funds** | | | $14,679.97 | 100.00% |
| Franklin Growth Allocation A (FGTIX) | $15.7700 | 751.7472 | $11,855.06 | |
| Franklin Moderate Allocation A (FMTIX) | $13.0400 | 216.6344 | $2,824.91 | |
| **Plan Balance** | | | **$14,679.97** | 100% |

ⓘ The vested percentage is an estimate, which assumes credited hours based on your Plan's provisions. The actual vesting percentage will be determined at termination of employment.

# Exhibit A